# Court of Appeals
# of the State of Georgia

ATLANTA,  September 17, 2019

*The Court of Appeals hereby passes the following order:*

**A20I0037.  DAVID ENGLISH et al. v. THE STATE.**

A grand jury returned two indictments against several defendants for violations of the Georgia Racketeer Influenced and Corrupt Organizations Act (RICO) and other related offenses.  The State filed motions for entry of nolle prosequi with respect to the two indictments in order to re-indict the defendants.  The trial court granted the motions.  The defendants seek to appeal that order, arguing that the trial court could not nolle prose void indictments.

A defendant may appeal the entry of a nolle prosequi order as a final order. *Sanders v. State*, 280 Ga. 780, 782 (1) (631 SE2d 344) (2006); see also *Shane v. State*, 320 Ga. App. 1, 1 (739 SE2d 9) (2013) (considering on direct appeal the trial court's grant of an entry of nolle prosequi).  We will grant a timely filed application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and the defendants shall have ten days from the date of this order to file a notice of appeal in the trial court.  If the defendants have already filed a timely notice of appeal in the trial court, they need not

file a second notice. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/17/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*